# EXHIBIT C

## China North East Petroleum Holdings Limited

Class Period: August 14, 2009 - May 26, 2010

Movant's Register and Transaction Report

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|---|---|
| Strum, George | 1/7/2010 | 15,000 | $10.3000 | $154,500.00 | | | | | ($72,000.00) |
|  | 1/28/2010 | 10,000 | $7.7400 | $77,400.00 | | | | | ($22,400.00) |
| **TOTALS:** | | **25,000** | | **$231,900.00** | | **0** | | **0** | **($94,400.00)** |

**Explanatory notes**

The total estimated damages of the Proposed Lead Plaintiff have been calculated in the following manner:

1) Common stock sold within the Class Period:
   Damages with respect to shares sold within the Class Period have been based upon the Proposed Lead Plaintiff's actual loss. The Proposed Lead Plaintiff's actual loss has been offset by any gain realized by him as a result of sales made within the Class Period.

2) Common stock still held:
   Purchase price of NEP common stock still held minus the mean trading price of NEP common stock between May 27, 2010 and August 10, 2010 ($5.50) multiplied by the number of shares held.

3) Common stock sold after the Class Period:
   For shareholders who sold their shares after the end of the Class Period, their actual (non statutory) losses were calculated.

4) All losses have been calculated exclusive of costs, commissions and fees.