# EXHIBIT C

Case 1:10-cv-04577-MGC   Document 14-3   Filed 08/10/10   Page 1 of 5

**CHRISTINE BAUMAN**
**TRANSACTION CHART**

| Transaction | Trade Date | Price Per Securities/ Share | Quantity | |
|---|---|---|---|---|
| Buy | 1/5/2010 | $10.90 | 10,000.00 | ($109,000.00) |
| Buy | 5/21/2010 | $5.77 | 25,000.00 | ($144,200.00) |
| Sell | 1/19/2010 | $10.00 | 5,000.00 | $50,000.00 |
| Sell | 1/19/2010 | $10.01 | 5,000.00 | $50,050.00 |
| | | | | ($153,150.00) |

*Buy = Purchase of Stock
*Sell = Sale of Stock
*Buy to Open = Purchase of Call Option
*Sell to Close = Sale of Call Option

Page 1

**JULIAN J. AUDE**
**TRANSACTION CHART**

| Transaction | Trade Date | Price Per Securities/ Share | Quantity | |
|---|---|---|---|---|
| Buy | 4/30/2010 | $8.95 | 1,000.00 | ($8,950.00) |
| Buy | 5/4/2010 | $8.73 | 1,000.00 | ($8,730.00) |
| Buy | 5/5/2010 | $7.43 | 1,000.00 | ($7,430.00) |
| Buy | 5/6/2010 | $7.29 | 500.00 | ($3,645.00) |
| Buy | 5/8/2010 | $6.34 | 500.00 | ($3,170.00) |
| Buy | 5/24/2010 | $5.74 | 3,000.00 | ($17,220.00) |
| Buy | 5/25/2010 | $5.23 | 2,000.00 | ($10,460.00) |
| Sell | 5/3/2010 | $9.01 | 1,000.00 | $9,010.00 |
| Sell | 5/25/2010 | $5.64 | 3,000.00 | $16,920.00 |
| | | | | |
| | | | | ($33,675.00) |

*Buy = Purchase of Stock
*Sell = Sale of Stock
*Buy to Open = Purchase of Call Option
*Sell to Close = Sale of Call Option

**DARR BARSHIS**
**TRANSACTION CHART**

| Transaction | Trade Date | Price Per Securities/ Share | Quantity | |
|---|---|---|---|---|
| Buy | 12/11/2009 | $6.80 | 1,000.00 | ($6,800.00) |
| Buy | 12/15/2009 | $6.80 | 500.00 | ($3,400.00) |
| Buy | 2/17/2010 | $9.45 | 1,000.00 | ($9,449.90) |
| Buy | 2/23/2010 | $9.32 | 500.00 | ($4,660.00) |
| Buy | 4/8/2010 | $9.40 | 790.00 | ($7,426.00) |
| Buy | 4/15/2010 | $9.00 | 810.00 | ($7,290.00) |
| Buy | 4/19/2010 | $8.42 | 400.00 | ($3,367.96) |
| Buy | 4/23/2010 | $8.65 | 500.00 | ($4,325.00) |
| Sell | 1/4/2010 | $9.82 | 1,500.00 | $14,730.00 |
| Sell | 4/7/2010 | $9.97 | 1,500.00 | $14,955.00 |
| | | | | |
| | | | | ($17,033.86) |

*Buy = Purchase of Stock
*Sell = Sale of Stock
*Buy to Open = Purchase of Call Option
*Sell to Close = Sale of Call Option

# CRAIG MOORE
# TRANSACTION CHART

| Transaction | Trade Date | Price Per Securities/ Share | Quantity | |
|---|---|---|---|---|
| Buy | 3/5/2010 | $9.00 | 756.00 | ($6,804.00) |
| Buy | 4/12/2010 | $9.50 | 1,100.00 | ($10,450.00) |
| | | | | ($17,254.00) |

*Buy = Purchase of Stock
*Sell = Sale of Stock
*Buy to Open = Purchase of Call Option
*Sell to Close = Sale of Call Option