Andrew L. Morrison (AM-1071)
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

S. Loyd Neal, III (pro hac admission pending)
DUNN, NEAL & GREGER, L.L.P.
3050 Post Oak Boulevard
Houston, TX 77056
(713) 403-7400

*Attorneys for Defendant Ralph E. Davis Associates, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED SECURITIES
LITIGATION

-----------------------------------------------------------X

Civil Action No.
10-cv-04577 (MGC)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE**

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Andrew L. Morrison, sworn to March 22, 2011, together with the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior proceedings heretofore had herein, Defendant Ralph E. Davis Associates, Inc., by and through its counsel of record, K&L Gates LLP and Dunn, Neal & Gerger, LLP (subject to a pending Pro Hac Vice Motion), will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on April 14, 2011 at 10 a.m. for an Order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act (the "PSLRA") 15 U.S.C. § 78u-4, dismissing the Consolidated Complaint, with prejudice, with respect to all claims and causes of action asserted against Defendant Ralph E. Davis

Associates, Inc., for failure to state a claim and failure to plead the claims sounding in fraud with sufficient particularity, and granting Defendant such other and further relief as the Court deems proper.

Dated: New York, New York
       March 22, 2011

                    Respectfully submitted,

                    K&L GATES LLP

                    By: /s/ Andrew L. Morrison /s/sjk
                    Andrew L. Morrison (AM-1071)
                    599 Lexington Avenue
                    New York, New York 10022
                    212-536-3900 *(office)*
                    212-536-3901 *(facsimile)*
                    Email: andrew.morrison@klgates.com

                    DUNN, NEAL & GERGER, L.L.P.

                        S. Loyd Neal, III (pro hac admission
                          pending)
                      3050 Post Oak Blvd., Suite 400
                      Houston, Texas 77056
                      (713) 403-7404 *(direct)*
                      (713) 960-0204 *(fax)*
                      Email: lneal@dnglegal.com

                  *Attorneys for Defendant Ralph E. Davis*
                  *Associates, Inc.*