Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Defendants
CHINA NORTH EAST PETROLEUM
HOLDINGS, LIMITED, WANG HUNG JUN,
GUIZHI JU, ZHANG YANG

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re China North East Petroleum Holdings Limited Securities Litigation** | No. 10-CV-04577 (MGC) (THK)<br>ECF Case<br><br>CLASS ACTION |
| **THIS DOCUMENT RELATES TO:**<br><br>All Actions | **NOTICE OF MOTION;<br>MOTION TO DISMISS<br>CONSOLIDATED CLASS ACTION<br>COMPLAINT** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Michael J. Coffino dated March 22, 2011 and the exhibits attached to the declaration, this notice, the accompanying memorandum of law in support of this motion, any subsequent submissions that shall be made in support of this motion, and all prior proceedings, the undersigned, on behalf of Defendants China North East Petroleum Holdings Limited, Wang Hung Jun, Guizhi Ju and Zhang Yang will move

this Court, before the Honorable Miriam G. Cedarbaum, at the United States Courthouse, 500 Pearl Street, New York, New York, at 10:00 a.m. on April 14, 2011, to dismiss the Consolidated Class Action Complaint, in its entirety and with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act.

Dated: March 22, 2011

           Respectfully submitted,

           THE CRONE LAW GROUP

By: /s/ Michael J. Coffino
    Michael J. Coffino
    Admitted *Pro Hac Vice*
    (California Bar No. 88109)
    mcoffino@cronelaw.com

    Jaime J. Santos (JS-3361)
    Admitted in New York and S.D.N.Y.
    jsantos@cronelaw.com

    101 Montgomery Street, Suite 2650
    San Francisco, California 94104
    Telephone: (415) 955-8900

    *Attorneys for Defendants*
    China North East Petroleum Holdings Limited, Wang Hung Jun, Guizhi Ju and Zhang Yang

*Of Counsel:*

Lawrence Brocchini (LB-2628)
lbrocchini@rpl-law.com
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010
Telephone: (212) 763-4140