Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010

Attorneys for Defendants
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED, WANG HUNG JUN,
GUIZHI JU, ZHANG YANG

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re China North East Petroleum Holdings Limited Securities Litigation** | No. 10-CV-04577 (MGC) (THK) ECF Case <br><br> <u>CLASS ACTION</u> |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Actions** | **CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

defendant China North East Petroleum Holdings Limited, which is incorporated in the State of

Nevada, hereby certifies that China North East Petroleum Holdings Limited has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: March 23, 2011

                                                            Respectfully submitted,

                                                            THE CRONE LAW GROUP

By: /s/ Michael J. Coffino
     Michael J. Coffino
     Admitted *Pro Hac Vice*
     (California Bar No. 88109)
     mcoffino@cronelaw.com

     Jaime J. Santos (JS-3361)
     Admitted in New York and S.D.N.Y.
     jsantos@cronelaw.com

     101 Montgomery Street, Suite 2650
     San Francisco, California 94104
     Telephone: (415) 955-8900

     *Attorneys for Defendants*
     China North East Petroleum Holdings Limited, Wang Hung Jun, Guizhi Ju and Zhang Yang

*Of Counsel:*

Lawrence Brocchini (LB-2628)
lbrocchini@rpl-law.com
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010
Telephone: (212) 763-4140