Andrew L. Morrison (AM 1071)
Samantha J. Katze (SK 1948)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
E-mail: andrew.morrison@klgates.com
E-mail: samantha.katze@klgates.com

*Attorneys for Defendant Ralph E. Davis Associates, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re China North East Petroleum Holdings Limited Securities Litigation | No. 10-cv-04577 MGC |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER TO ADMIT COUNSEL** *PRO HAC VICE* |

Upon the motion of Andrew L. Morrison, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | S. Loyd Neal, III |
| Firm Name: | Dunn, Neal & Gerger, L.L.P. |
| Address: | 3050 Post Oak Blvd., Suite 400 |
| City/State/Zip: | Houston, TX 77056 |
| Telephone: | (713) 403-7404 |
| Fax: | (713) 960-0204 |
| Email Address: | lneal@dnglegal.com |

5

is admitted to practice pro hac vice as counsel for Defendant Ralph E. Davis Associates, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~February~~ March 24, 2011
New York, New York

/s/ _____
U.S. District Judge

6