UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re China North East Petroleum Holdings Limited Securities Litigation | No. 10-CV-04577 (MGC) (THK)<br>ECF Case<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

DECLARATION OF ANTHONY F. MAUL
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Anthony F. Maul, declare as follows:

1.  I am an associate at Pomerantz Haudek Grossman & Gross LLP, Lead Counsel for Plaintiffs in the above-captioned litigation. I make and submit this declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss the Consolidated Class Action Complaint.

2.  Annexed hereto as Exhibit 1 is a true and correct copy of China North East Petroleum Holdings Limited's ("China North") Form 10-K for the fiscal year ended December 31, 2008, filed on March 30, 2009.

3.  Annexed hereto as Exhibit 2 is a true and correct copy of China North's Form 10-K/A for the fiscal year ended December 31, 2008, filed on September 1, 2010.

4.  Annexed hereto as Exhibit 3 is a true and correct copy of excerpts from Aurora Oil & Gas Corp.'s Form 10-K for the year ended December 31, 2008, filed March 13, 2009.

5. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts from Miller Petroleum Inc.'s Form 10-K for the year ended April 30, 2009, filed August 10, 2009.

6. Annexed hereto as Exhibit 5 is a true and correct copy of China North's Form 10-K for the fiscal year ended December 31, 2009, filed on September 3, 2010.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the daily performance of China North stock, the Standard & Poor's 500 Index and the Dow Jones U.S. Oil & Gas Index, respectively, from February 1 through September 9, 2010 as obtained by my office from Bloomberg Finance LP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on April 6, 2011

_____
Anthony F. Maul