## CERTIFICATE OF SERVICE

I, Samantha J. Katze, hereby certify that, on April 12, 2011, I caused true and correct copies of: (i) Defendant Ralph E. Davis Associates, Inc.'s Reply Memorandum of Law in Further Support of its Motion to Dismiss the Consolidated Class Action Complaint with Prejudice and (ii) Reply Affidavit of Andrew L. Morrison in Further Support of Defendant Ralph E. Davis Associates, Inc.'s Motion to Dismiss the Consolidated Complaint with Prejudice, sworn to on April 12, 2011, and exhibit annexed thereto, to be filed electronically and served on counsel of record via the Court's ECF system.

_____
Samantha J. Katze