UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re CHINA NORTH EAST PETROELUM HOLDINGS  :   10-cv-04577-MGC
LIMITED SECURITIES LITIGATION

: ECF Case

THIS DOCUMENT RELATES TO:
ALL ACTIONS                                 :


-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jared I. Kagan, an attorney associated with Debevoise & Plimpton LLP, attorneys for defendant Robert C. Bruce, certify that I am over 18 years of age and that, on this 12TH day of April, 2011, I caused copies of the foregoing **Reply Memorandum in Support of Robert C. Bruce's Motion to Dismiss; Declaration of Katherine H. Worden, Esq. in Support of Robert C. Bruce's Motion to Dismiss Consolidated Class Action Complaint, dated April 11, 2011** to be served by First Class Mail on the following attorneys:

> S. Loyd Neal, Esq.
> Dunn, Neal and Gerger LLP
> 3050 Post Oak Blvd., Suite 400
> Houston, TX 77056
>
> David M. Promisloff, Esq.
> Barroway Topaz Kessler Meltzer & Check, LLP
> 280 King of Prussia Road
> Radnor, PA 19087

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 12, 2011
        New York, New York

                                        _____
                                        Jared I. Kagan
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Ave.
                                        New York, New York 10022
                                        (212) 909-6000
                                        jikagan@debevoise.com

23412129v1