Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

Attorneys for Defendants
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED, WANG HUNG JUN,
GUIZHI JU, ZHANG YANG

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re China North East Petroleum Holdings Limited Securities Litigation** | No. 10-CV-04577 (MGC) (THK)<br>ECF Case<br><br>CLASS ACTION |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **NOTICE OF CHANGE OF ADDRESS** |

TO ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney

information changes for Michael J. Coffino.

1.  I am admitted *Pro Hac Vice* in the above-entitled case.

- 2 -

2.  I will continue to be counsel of record on the above-entitled case at my new address:

   The Crone Law Group
   101 Montgomery Street, Suite 2650
   San Francisco, CA 94104

Dated: May 10, 2011           THE CRONE LAW GROUP


           By: /s/ Michael J. Coffino
             Michael J. Coffino
             Admitted *Pro Hac Vice*
             (California Bar No. 88109)
             mcoffino@cronelaw.com

             Jaime J. Santos (JS-3361)
             Admitted in New York and S.D.N.Y.
             jsantos@cronelaw.com

             101 Montgomery Street, Suite 2650
             San Francisco, California 94104
             Telephone: (415) 955-8900

             *Attorneys for Defendants*
             China North East Petroleum Holdings
             Limited, Wang Hung Jun, Guizhi Ju and
             Zhang Yang