Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010

Attorneys for Defendants
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED, WANG HUNG JUN,
GUIZHI JU, ZHANG YANG

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re China North East Petroleum Holdings Limited Securities Litigation** | No. 10-CV-04577 (MGC) (THK)<br>ECF Case<br><br>CLASS ACTION |
| **THIS DOCUMENT RELATES TO:**<br><br>All Actions | CERTIFICATE OF SERVICE |

**Sheila Zuni hereby certifies that:**

I am employed with the firm of The Crone Law Group in the County of San Francisco, State of California, and am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 2650, San Francisco, California 94104.

On May 10, 2011, I caused to be served a true and correct copy of the NOTICE OF CHANGE OF ADDRESS to be served by First-Class Mail on the following persons at the last known address set forth below:

S. Loyd Neal
Dunn, Neal & Gerger, LLP
3050 Post Oak Blvd, Suite 400
Houston, TX 77056

David M. Promisloff
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

_____
Sheila Zuni