Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone (415) 955-8900
Fax (415) 955-8910

Lawrence Brocchini (LB-2628)
REAVIS PARENT LEHRER LLP
41 Madison Avenue, 41st Floor
New York, New York 10010

Attorneys for Defendants
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED, WANG HUNG JUN,
GUIZHI JU, ZHANG YANG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re China North East Petroleum Holdings Limited Securities Litigation** | No. 10-CV-04577 (MGC) (THK) ECF Case <br><br> <u>CLASS ACTION</u> |
| **THIS DOCUMENT RELATES TO:** <br><br> **All Actions** | **CERTIFICATE OF SERVICE** |

**Sheila Zuni hereby certifies that:**

I am employed with the firm of The Crone Law Group in the County of San Francisco, State of California, and am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 2650, San Francisco, California 94104.

1

2

On June 28, 2011, I caused to be served a true and correct copy of

- **DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

on the following persons at the last known address set forth below:

S. Loyd Neal
Dunn, Neal & Gerger, LLP
3050 Post Oak Blvd, Suite 400
Houston, TX 77056

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

_____
Sheila Zuni