USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

CHINA NORTH EAST PETROLEUM HOLDINGS
LIMITED SECURITIES LITIGATION
-----------------------------------------------------------X

10 **CIVIL** 4577 (MGC)

**JUDGMENT**

Defendants having filed three motions to dismiss Acticon's putative class action complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on October 6, 2011, having rendered its Memorandum and Order granting the three motions to dismiss the consolidated complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 6, 2011, the three motions to dismiss the consolidated complaint are granted; accordingly, the case is closed.

**Dated:** New York, New York
October 11, 2011

**RUBY J. KRAJICK**

Clerk of Court

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____