UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re China North East Petroleum Holdings Limited Securities Litigation | No. 10-cv-4577 (MGC) (THK) |
| | ECF CASE |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

U.S. DISTRICT COURT
FILED
OCT 27 2011
S.D. OF N.Y.

## NOTICE OF APPEAL

Notice is hereby given that Acticon AG, Lead Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Miriam Goldman Cedarbaum, entered in this action on October 6, 2011, granting the Defendants' respective motions to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. (Docket #86).

Dated:  October 27, 2011

Respectfully submitted,

By: _____
Jeremy A. Lieberman

Marc I. Gross
Shaheen Rushd
Jeremy A. Lieberman
POMERANTZ HAUDEK
    GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665