```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re China North East Petroleum Holdings Limited Securities Litigation | No. 10-cv-4577 (KBF)<br><br>CLERK'S CERTIFICATE<br>OF DEFAULT |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 11, 2010 with the filing of a summons and complaint, doc. #1. Lead Plaintiff filed a Consolidated Class Action Complaint on January, 14, 2011 ("CAC"), doc. # 39. Lead Plaintiff filed the Second Consolidated Amended Class Action Complaint on December 15, 2015 ("SAC"), doc. #179, and served the SAC upon remaining defendants China North East Petroleum Holdings Limited, Ju Guizhi, and Wang Hongjun by personally serving Jasmine Yang, authorized to accept service, *and proof of service was therefore filed on* January 7, 2016, doc. # 182. I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the SAC. The default of the defendants is/are hereby noted.

Dated: New York, New York

February 11, 2016

RUBY J. KRAJICK
Clerk of Court

By: _____

Deputy Clerk