USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 6/3/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

IN RE CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED SECURITIES LITIGATIONS,

------------------------------------------------------X

CONSOLIDATED AS
10-CV-4577 (KBF)

**DEFAULT JUDGMENT**

Before this Court is a motion for default judgment filed on February 8, 2016 by plaintiff Acticon, A.G. ("Action") as an individual plaintiff and a motion to certify a class pursuant to Fed. R,. Civ. P. 23 filed on May 11, 2016, and the motions having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on June 1, 2016, having issued its Memorandum Decision and Order dismissing the Section 10b-5 claims against Ju under the Second Amended Complaint, granting Plaintiff's motion for default judgment as to liability only (consistent with the Memorandum Decision and Order) and denied as to damages, denying the motion for class certification as moot, and directing the Clerk of Court to terminate all three related actions, it is,

**ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Decision and Order dated June 1, 2016, the Section 10(b)-5 claims against Ju under the Second Amended Complaint are dismissed; Plaintiff's motion for default judgment is granted as to liability only (consistent with the Memorandum Decision and Order) and denied as to damages the motion for class certification is denied as moot and all three related actions are terminated.

**DATED** : New York, New York
June 3, 2016

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** ____
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** ____